JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SHORES HOSPITAL, Assignee of Michael Turella,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | CASE NO: CV 11-572-JFW (Ex)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: January 19, 2011 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: April 18, 2011

_____
HONORABLE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

1